UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMIE J. WRIGHT,

                Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

                Defendants.

No. 09-5759 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT

The Magistrate Judge recommends dismissal of this civil rights complaint. Plaintiff has not filed an objection. As detailed in the Report and Recommendation, Plaintiff may not challenge in a 42 U.S.C. § 1983 action, his current incarceration and the length or duration of that incarceration. Further, the individual defendants and the State of Washington are immune from suit.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE** prior to service

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 16th day of February, 2010.

                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1