AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JIMMIE J. WRIGHT

        v.

STATE OF WASHINGTON,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5759FDB

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** prior to service.

| | |
|---|---|
|   February 17, 2010 |     BRUCE RIFKIN |
| Date | Clerk |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |